Asltje Dekker, as Administratrix, v. Richey, Browne & Donald.— Motion denied, with ten dollars costs.   Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Tillie Hart v. Pittsburg Contracting Company.— Motion denied, with ten dollars costs.   Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

, The People of the State of New York v. Richard Moore.— Motion denied.   Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Rosie Zang, an Infant, etc., v. Adrian H. Joline and Others, as Receivers. —Motion denied, with ten dollars costs.   Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elizabeth B. Colt v. A. T. Demarest & Company.— Motion denied, with ten dollars costs.   Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Walter Schultze v. Oscar Huttlinger.— Motion denied, with ten dollars costs.   Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George Hoffman v. John L. Murray.— Motion denied, with ten dollars costs.   Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank B. Willard v. General Reduction Company and Others.— Motions denied, with ten dollars costs.   Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Galen B. Hathaway v. Ardolph L. Kline, etc.— Motion denied, with ten dollars costs.   Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Eugene P. Mahony v. Michael J. Mahony.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John M. Gardner and Others v. Ann Kelly, as Administratrix, and Others.— Motion denied, without costs.   Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Maurice Brill and Others v. The Jefferson Bank.— Motion denied, with ten dollars costs.   Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Catherine Murtha, as Administratrix, v. Pennsylvania Railroad Company.— Motion denied, with ten dollars costs.   Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Pauly Loble v. Ninth Street Garage.— Motion granted; question certified.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles A. Doelger and Others v. Herman H. Meyer.  (2 cases.)— Motions denied, without costs.   Orders to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss. JJ,